LAW OFFICES OF DAVID M. WISEBLOOD
David M. Wiseblood (SBN 115312)
Peter J. Crosby (SBN 115588)
601 Montgomery, Suite 2000
San Francisco, California 94111
Telephone: (415) 547-2700
Facsimile:  (415) 547-2701
E-Mail:  dwiseblood@wisebloodlaw.com
         pcrosby@wisebloodlaw.com

Attorneys for Plaintiff
UNITED STATES SMALL BUSINESS ADMINISTRATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, an agency of the government of the United States of America,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. BENSAL, an individual, SUSAN J. BENSAL, as trustee of The Edward D. Bensal Trust, MICHAEL EDWARD BENSAL, an individual, and SOPHIA BENSAL, an individual,<br><br>Defendants. | Case No.:  CV 13-02263 WHO<br><br>**JUDGMENT** |

The Court, having granted the Motion for Summary Judgment filed by Plaintiff, the United States Small Business Administration ("SBA"), by Order dated October 31, 2014, entitled "Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendants' motion for Summary Judgment," and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1.  Judgment shall be, and is hereby ENTERED in favor of Plaintiff SBA and against defendants Michael D. Bensal, Susan J. Bensal, as trustee of The Edward D. Bensal Trust, and Michael Edward Bensal (collectively, "Defendants") on SBA's claim to set aside as a fraudulent transfer defendant Michael D. Bensal's attempted disclaimer of his beneficial share and rights to distribution of his share of the assets of his deceased father's trust estate ("Trust Share"),

pursuant to section 3304(a)(1) of the Federal Debt Collections Procedures Act, 28 U.S.C. § 3001 *et. seq.* The judgment shall be for the full value of the Trust Share, comprised of cash held by the Trustee in an interest bearing FDIC insured account, the total value of which equaled $153,944.30 as of January 31, 2013, as necessary to satisfy the amount currently owed by Michael D. Bensal under the California state court judgment assigned to the SBA, the amount of which attributable to the SBA guaranteed loan currently exceeds the sum of $294,000, not including attorneys' fees or costs awarded under that judgment.

2. The transfer of the Trust Share pursuant to Michael D. Bensal's disclaimer is VOID. *See*, 28 U.S.C. § 3306(a)(1).

3. Defendants are ORDERED to transfer all property representing Michael D. Bensal's Trust Share to the SBA in satisfaction of the portion of the state court judgment relating to the SBA guaranteed loan. 28 U.S.C. § 3306(a)(2).

4. Defendants may not otherwise dispose of the Trust Share. All Defendants are ENJOINED from selling, transferring, or otherwise conveying or assigning any property representing the trust share. A lien is imposed on all property representing the Trust Share pursuant to 28 U.S.C. § 3201.

5. Costs and attorneys' fees shall be determined pursuant to post-judgment proceedings.

IT IS SO ORDERED.

Dated: November 10, 2014

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE